UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| NORLENE LAFFERTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | Civil No. 7:20-cv-00146-GFVT<br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Plaintiff; and

2. All issues having been resolved, this case is **STRICKEN** from the Court's active docket.

This the 7th day of March, 2022.

Gregory F. Van Tatenhove
United States District Judge